UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFE DEARL RAMSEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TUOLUMNE COUNTY SHERIFF'S OFFICE, et al.,<br><br>　　　　　Defendants. | No. 1:24-cv-00650 GSA (PC)<br><br>ORDER VACATING IN PART COURT'S ORDER GRANTING PLAINTIFF IN FORMA PAUPERIS STATUS<br><br>(ECF No. 6 at 2)<br><br>ORDER DIRECTING PLAINTIFF TO FILE SIX-MONTH TRUST FUND ACCOUNT STATEMENT<br><br>PLAINTIFF'S SIX-MONTH INMATE TRUST FUND ACCOUNT STATEMENT DUE **JULY 18, 2024** |

　　　　Plaintiff, a county jail inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.  ECF No. 1.  Plaintiff has also filed a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915, which has been granted.  ECF Nos. 5, 6.  Plaintiff, however, has not filed a certified copy of the inmate trust account statement for the six-month period immediately preceding the filing of the complaint.  This statement is required of prisoners in order for them to proceed in forma pauperis.  See 28 U.S.C. § 1915(a)(2).

　　　　Although the recent order which granted Plaintiff in forma pauperis status currently allows Plaintiff sixty days to provide the statement (see ECF No. 6 at 2), in the interests of expediency, the Court finds that a thirty-day period to provide the statement is more appropriate.

1

Therefore, the order granting Plaintiff in forma pauperis status will be vacated in part, but only to the extent that it gives Plaintiff sixty days to file the six-month inmate trust fund account statement. Instead, Plaintiff will be given thirty days – or, until July 18, 2024, – to provide it to the Court.

Accordingly, IT IS HEREBY ORDERED that:

1. The Court's order issued June 18, 2024, is VACATED IN PART, to the extent that it gives Plaintiff **sixty** days in which to file his six-month inmate trust fund account statement (see ECF No. 6 at 2), and

2. Within **thirty** days from the date of this order – **by July 18, 2024**, – Plaintiff shall submit a certified copy of the inmate trust account statement for the six-month period immediately preceding the filing of the complaint;

**Plaintiff is informed that failure to comply with this order within the time allotted may result in a recommendation that this action be dismissed.**

IT IS SO ORDERED.

Dated:   **June 18, 2024**              /s/ Gary S. Austin
                                     UNITED STATES MAGISTRATE JUDGE