**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAFE DEARL RAMSEY, | Case No. 1:24-cv-0650 KES FRS (BAM) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING THE ACTION WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE |
| v. | |
| TUOLUMNE COUNTY SHERIFF'S OFFICE, et al., | |
| Defendants. | (Doc. 14) |

Rafe Dearl Ramsey asserts the medical staff at Tuolumne County Jail violated his civil rights. *See* Doc. 1. After the U.S. Postal service returned the court's mail as undeliverable and Ramsey failed to file a notice of change address as required under Local Rule 183(b), the magistrate judge found Ramsey failed to prosecute the matter. Doc. 14. The magistrate judge determined that terminating sanctions are appropriate upon considering the factors identified by the Ninth Circuit in *Carey v. King*, 856 F.2d 1439, 1440 (9th Cir. 1988). *Id.* at 3-4. The magistrate judge recommended the action be dismissed without prejudice. *Id.* at 4.

The court served the findings and recommendations upon Ramsey at the only address on record. The Postal Service again returned the court's mail, marked "Undeliverable, Not here." Nevertheless, service is deemed fully effective pursuant to Local Rule 182(f). To date, Ramsey has not filed a notice of change of address or otherwise communicated with the court to continue prosecuting this action.

In accordance with 28 U.S.C. § 636(b)(1), this court conducted a de novo review of the case. Having carefully reviewed the matter, the court concludes the findings and recommendations are supported by the record and by proper analysis. Thus, the court **ORDERS**:

1. The findings and recommendations issued on January 14, 2026 (Doc. 14), are **ADOPTED** in full.

2. This action is **DISMISSED** without prejudice for failure to prosecute.

3. The Clerk of Court is directed to assign a magistrate judge, for the purpose of closing this case, and to close this case.

IT IS SO ORDERED.

Dated:   February 9, 2026

_____
UNITED STATES DISTRICT JUDGE

2